# EXHIBIT "1"

## OUR LADY OF MERCY MEDICAL CENTER
## v.
## NETWORKED INFORMATION SYSTEMS, *et al.*

| No. | Date of Transfer | Transfer Amount | Transfer Type |
|---|---|---|---|
| 1 | 12/26/06 | $123,049.62 | Check |
| 2 | 1/10/07 | $22,905.00 | Check |
| 3 | 2/15/07 | $123,049.62 | Check |
| | **TOTAL:** | **$269,004.24** | |